1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOSEPH JOHNSON, | ) CASE NO. CV 02-9262-DSF (PJW) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED |
| ROBERT S. KNAPP, et al., | ) STATES MAGISTRATE JUDGE |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. It notes, however, that the Court is no longer mandated to decide whether the defendants' conduct violated a constitutional right before it considers whether defendants had an objectively reasonable belief that their conduct was lawful. Pearson v. Callahan, 129 S. Ct. 808 (2009).

1 | This recent change in the law has no impact on the Court's ruling.
2 | IT IS SO ORDERED.
3 |
4 | DATED: March 16, 2009
5 | *[signature: Dale S. Fischer]*
6 | _____
7 | DALE S. FISCHER
  | UNITED STATES DISTRICT JUDGE
8 |
9 | C:\Temp\notesFFF692\~7321001.wpd